

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE TORRES,<br><br>　　　　Defendant. | CR No. 17 CR 00582-ODW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 554: Attempting to Export Wildlife Contrary to Law; 16 U.S.C. §§ 3372(d)(1), 3373(d)(3): Making and Submitting a False Record for Wildlife Intended to Be Exported; 18 U.S.C. § 2(b): Causing an Act to be Done] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") was an international agreement among governments, including the United States and Mexico.

2. The purpose of CITES was to ensure that international trade in specimens of wild animals and plants did not threaten their survival.

3. All import, export, and re-export of specimens covered by CITES had to be authorized through a licensing system.

4. Each specimen covered by CITES was listed on one of three appendices according to the degree of protection afforded to that specimen.

5. Appendix II of CITES included stony corals within the taxonomic order Scleractinia, such as corals within the genera *Acanthastrea, Acanthophyllia, Acropora, Alveopora, Blastomussa, Catalaphyllia, Caulastraea, Cynarina, Euphyllia, Favia, Fungia, Galaxea, Goniopora, Heliofungia, Lobophyllia, Montipora, Scolymia, Trachyphyllia, Turbinaria,* and other specimens not necessarily threatened with extinction, but in which trade had to be controlled. Appendix II of CITES also included stony corals within the taxonomic family Tubiporidae, such as the genus *Tubipora*.

6. The Endangered Species Act prohibited trade in any specimens contrary to the provisions of CITES. 16 U.S.C. §§ 1538(c)(1), 1540(b)(1).

7. CITES generally prohibited the exportation of wildlife listed on Appendix II unless the required CITES documentation was obtained from the country of export. 50 C.F.R. §§ 23.13 and 23.20.

8. Federal regulations required an exporter of wildlife to complete the U.S. Fish and Wildlife Service ("USFWS") Declaration for the Importation or Exportation of Wildlife (Form 3-177) and submit the form to the USFWS. 50 C.F.R. § 14.63.

9. These Introductory Allegations are hereby re-alleged and incorporated into each and every count of this Indictment.

## COUNT ONE

[18 U.S.C. §§ 554, 2(b)]

On or about January 31, 2013, in Los Angeles County, within the Central District of California, defendant JOSE TORRES fraudulently and knowingly attempted to export and send from the United States, and willfully caused another to attempt to export and send from the United States, merchandise, namely, live corals of the genera *Acanthastrea, Acanthophyllia, Acropora, Alveopora, Blastomussa, Catalaphyllia, Caulastraea, Cynarina, Euphyllia, Favia, Fungia, Galaxea, Goniopora, Heliofungia, Lobophyllia, Montipora, Scolymia, Trachyphyllia, Turbinaria,* and *Tubipora*, knowing that such exportation was contrary to law, that is: (1) without obtaining the required CITES documentation, in violation of the Endangered Species Act, Title 16, United States Code, Sections 1538(c)(1), (g), and 1540(b)(1), and Title 50, Code of Federal Regulations, Sections 23.13 and 23.20; and (2) without filing a completed Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) with the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Section 14.63.

COUNT TWO

[16 U.S.C. §§ 3372(d)(1), 3373(d)(3); 18 U.S.C. § 2(b)]

On or about January 31, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE TORRES ("TORRES") knowingly made and submitted, and willfully caused to be made and submitted, a false record for wildlife that was intended to be exported from the United States. Specifically, defendant TORRES made and submitted to the United States Fish and Wildlife Service a Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177), dated January 31, 2013, which: (A) omitted live corals that, as defendant TORRES then well knew, were included in the shipment and intended to be exported from the United States to Mexico; and (B) indicated that the shipment comprised 16 cartons containing wildlife, when, as defendant TORRES then well knew, the shipment comprised 40 cartons containing wildlife.

COUNT THREE

[16 U.S.C. §§ 3372(d)(1), 3373(d)(3); 18 U.S.C. § 2(b)]

On or about January 31, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE TORRES ("TORRES") knowingly submitted, and willfully caused to be submitted, a false record for wildlife that was intended to be exported from the United States. Specifically, defendant TORRES submitted to the United States Fish and Wildlife Service Orca International USA Invoice no. 25189, which omitted live corals that, as defendant

//
//
//

TORRES then well knew, were included in the shipment and intended to be exported from the United States to Mexico.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

*Scott Garringer*
*Deputy Chief, Criminal Division For:*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
  Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and
  Community Safety Crimes Section

HEATHER C. GORMAN
DENNIS MITCHELL
Assistant United States Attorneys
Environmental and Community
  Safety Crimes Section